

**In The**
**Court of Appeals**
**Sixth Appellate District of Texas at Texarkana**

_____

No. 06-12-00060-CV
_____

IN THE INTEREST OF A.G.H., II, AND A.H.,
MINOR CHILDREN

On Appeal from the County Court at Law
Hopkins County, Texas
Trial Court No. CV37790

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Anthony Harrington, the sole appellant in this case, has filed a motion seeking to dismiss his appeal.  His motion is granted.  *See* TEX. R. APP. P. 42.1.

We dismiss the appeal.


Josh R. Morriss, III
Chief Justice

Date Submitted:     July 24, 2012
Date Decided:       July 25, 2012